J-A30023-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| IN RE: WILLIAM MCCRUM, AN INCAPACITATED PERSON | : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA : |
| APPEAL OF: ANNA MCCRUM | : : : : | |
| | : | No. 1035 MDA 2019 |

Appeal from the Order Entered May 22, 2019
In the Court of Common Pleas of Huntingdon County Orphans' Court
at No(s):  2019-17

BEFORE:  DUBOW, J., NICHOLS, J., and COLINS, J.[*]

DISSENTING STATEMENT BY COLINS, J.:                **FILED JUNE 30, 2020**

I must dissent from the well-written Memorandum of the majority. This matter underscores the tragedy of dementia as well as the onerous decision-making burden placed upon our Commonwealth's trial judges.  Mrs. McCrum, Appellant, obviously cares about her husband of over twenty years, but she can no longer care for him.  Since the guardianship order does not include a no visitation provision, I would vacate and remand to the trial court with instructions that Appellant be permitted one hour per week of supervised visitation, subject to the rules of the facility.  If Appellant becomes obstructive, or otherwise violates the rules of the facility, the guardians shall notify the trial court and visitation rights shall be terminated.